IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVE PIERRE,  :
       Petitioner  :
  :
  vs.  : CIVIL NO. 1:CV-10-2634
  :
MARY SABOL,  :
       Respondent  :
  :
  :

*O R D E R*

AND NOW, this 20th day of June, 2011, upon consideration of the report (doc. 10) of the magistrate judge, filed May 20, 2011, to which no objections were filed, and based upon the magistrate judge's recommendations, it is ordered that:

    1. Within thirty (30) of the date of this order, the Department of Homeland Security shall hold a *Joseph* hearing for Petitioner before an immigration judge.

    2. In all other respects, the petition under 28 U.S.C. § 2241 is denied.

    3. The Clerk of Court shall close this file.

                        /s/William W. Caldwell
                        William W. Caldwell
                        United States District Judge